RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email:  rlc@randolphlaw.net
        wmotooka@randolphlaw.net

Attorneys for Defendants
SACRAMENTO COUNTY and SCOTT JONES,
individually


David Asch, Esq. SBN 140957
Law Office of David Asch
3323 Watt Avenue #270
Sacramento, CA 95821
916 485 0808
FAX 916 485 0494
lawman@mindsync.com

Attorneys for Plaintiffs DENNIS DEAN,
INDIVDIUALLY, AND AS SUCCESSOR-IN-
INTEREST FOR DECEDENT DENNIS EDWIN
DEAN, SUSANNAH HARDESTY,
INDIVIDUALLY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DEAN SR., INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST FOR DECEDENT DENNIS DEAN JR., SUSANNAH HARDESTY, INDIVIDUALLY,<br><br>            Plaintiffs,<br><br>   vs.<br><br>SACRAMENTO COUNTY, A MUNICIPAL CORPORATION, SCOTT JONES, INDIVIDUALLY, AMY HUMPHREYS, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>            Defendants. | Civil Action No.:  2:13-cv-00730 JAM KJN<br><br>Complaint Filed:  04/12/2013<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE THE FIRST AMENDED COMPLAINT** |

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO ALLOW PLAINTIFFS TO FILE FAC; [PROPOSED] ORDER THEREON
Case No. 2:13-cv-00730 JAM KJN

1

WHEREAS plaintiffs DENNIS DEAN, SR., individually and as successor-in-interest for decedent DENNIS DEAN, JR., and SUSANNAH HARDESTY, individually, filed the above-captioned civil action on April 12, 2013;

WHEREAS defendants COUNTY OF SACRAMENTO and SHERIFF SCOTT JONES, individually, responded by way of Rule 12 motion to dismiss the complaint, set for hearing on June 19, 2013; and

WHEREAS the parties, through their counsel of record, discussed the status of the pleadings on June 11, 2013, and determined that amendment of the complaint is appropriate;

THEREFORE, the parties hereby stipulate, through their counsel of record, as follows:

1. Should the Court approve this stipulation, plaintiffs shall have 60 days from the date of the order approving the stipulation to file their amended complaint;

2. Plaintiffs' amended complaint shall add no new causes of action;

3. The hearing on defendants' motion to dismiss the complaint, currently set for June 19, 2013, shall be vacated as moot; and

4. Defendants shall have 20 days to respond to the amended complaint in any manner authorized by the Federal Rules of Civil Procedure, as appropriate.

IT IS SO STIPULATED.

Dated:  June 12, 2013                                RANDOLPH CREGGER & CHALFANT LLP

                                                      /s/ Wendy Motooka
                                                     WENDY MOTOOKA
                                                     Attorneys for Defendants COUNTY OF
                                                     SACRAMENTO and SHERIFF SCOTT JONES,
                                                     individually

DATE:  June 12, 2013                                 LAW OFFICES OF DAVID ASCH

                                                      /s/ David Asch
                                                     DAVID ASCH
                                                     Attorneys for Plaintiffs DENNIS DEAN, SR.,
                                                     individually and as successor-in-interest for
                                                     DENNIS DEAN, JR., SUSANNAH HARDESTY,
                                                     individually

RANDOLPH, CREGGER &
CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO ALLOW PLAINTIFFS TO FILE
FAC; [PROPOSED] ORDER THEREON
Case No. 2:13-cv-00730 JAM KJN

2

# ORDER

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs shall have 60 days, from the date of this order, to file their amended complaint;

2. Plaintiffs' amended complaint shall add no new causes of action;

3. The June 19, 2013, hearing on defendants' motion to dismiss the complaint shall be vacated as moot; and

4. Defendants shall have 20 days to respond to the amended complaint in any manner authorized by the Federal Rules of Civil Procedure, as appropriate.

**IT IS SO ORDERED.**

DATE: 6/13/2013           /s/ John A. Mendez
                          JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO ALLOW PLAINTIFFS TO FILE
FAC; [PROPOSED] ORDER THEREON
Case No. 2:13-cv-00730 JAM KJN

3