RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email:  rlc@randolphlaw.net
        wmotooka@randolphlaw.net

Attorneys for Defendants
SACRAMENTO COUNTY and SCOTT JONES,
individually

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DEAN SR., INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST FOR DECEDENT DENNIS DEAN JR., SUSANNAH HARDESTY, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, A MUNICIPAL CORPORATION, SCOTT JONES, INDIVIDUALLY, AMY HUMPHREYS, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Civil Action No.:  2:13-cv-00730 JAM KJN<br><br>Complaint Filed:  04/12/2013<br><br>**ORDER ON MOTION TO RELIEVE PLAINTIFF FROM COMPLYING WITH CALIFORNIA GOVERNMENT CODE SECTION 945.4 AND FOR AN ORDER TO ALLOW FILING OF LATE CLAIM PER GOVERNMENT CODE SECTION 946.6(C)(1)** |

Plaintiffs Dennis Dean Sr. and Susannah Hardesty filed a civil action on April 12, 2013, alleging claims under 42 U.S.C. Section 1983 and related state-law torts.  Defendants County of Sacramento and its Sheriff Scott Jones moved to dismiss the complaint for failure to state a claim.  On June 13, 2013, following a stipulation by the parties, the Court granted Plaintiffs 60 days to file an amended complaint and terminated the motion.

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

[PROPOSED] ORDER ON PETITION FOR RELIEF
FROM CLAIMS STATUTE
Case No. 2:13-cv-00730 JAM KJN                    1

1      On June 27, 2013, Plaintiffs moved for an order to be

2  relieved from the state-law claims filing requirements, pursuant

3  to California Government Code section 946.6.  Defendants opposed

4  the motion on the grounds that this Court lacks jurisdiction to

5  hear the matter, and in the alternative, opposed the motion on

6  the merits.  The motion was argued on August 7, 2013, with David

7  Asch appearing for Plaintiffs, and Wendy Motooka and Peter Cress

8  appearing for Defendants.

9      At oral argument, Plaintiffs requested that the Court

10  exercise its jurisdiction to hear the motion, or that the Court

11  allow Plaintiffs an additional 60 days to file their amended

12  complaint.  For the reasons stated below, Plaintiffs' motion is

13  DENIED for lack of jurisdiction.  There being no objection to

14  Plaintiffs' request for additional time to file an amended

15  complaint, Plaintiffs' request for extension of time is GRANTED.

16                       OPINION

17      Under specified circumstances, California Government Code

18  section 946.6 authorizes a claimant to petition for relief from

19  the claims presentation requirements of California Government

20  Code section 945.4.  At issue in this motion is whether this

21  Court is a proper court to hear the petition.  The statute

22  provides:  "The proper court for filing the petition is a

23  superior court that would be a proper court for the trial of an

24  action on the cause of action to which the claim relates."  Cal.

25  Gov't Code § 946.6(a).  The plain language of the statute limits

26  jurisdiction over such petitions exclusively to state superior

27  courts.

28      While there has been a split in authority over whether a

RANDOLPH, CREGGER &
CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

[PROPOSED] ORDER ON PETITION FOR RELIEF
FROM CLAIMS STATUTE                    2
Case No. 2:13-cv-00730 JAM KJN

federal court has jurisdiction to hear a petition under California Government Code section 946.6, the majority view is that the federal courts lack jurisdiction.  See, e.g., Crisp v. Wasco State Prison, 2013 WL 3805150 at *2 (E.D. Cal. 2013); Henderson v. Alameda County Med. Ctr., 2007 WL 1880376 at *1 (N.D. Cal. 2007).  The Court agrees with the majority.  The minority view is unpersuasive, as it is based on statutory language that has since been amended out of the statute.  Rahimi v. Nat'l R.R. Passenger Corp. (Amtrak), 2009 WL 1883756 at *4 (N.D. Cal. 2009); Perez v. Escondido, 165 F. Supp. 2d 1111, 1115 (S.D. Cal. 2001).

ORDER

For the reasons stated above, the Court rules as follows:

1.   Plaintiffs' Motion To Relieve Plaintiff From Complying With California Government Code Section 945.4 And For An Order To Allow Filing Of Late Claim Per Government Code Section 946.6(C)(1) is DENIED for lack of jurisdiction.

2.   Plaintiffs' request for a further extension of time to file their amended complaint is GRANTED.  Plaintiffs shall have until October 12, 2013, to file their amended complaint.

IT IS SO ORDERED.


Dated:  August 9, 2013          /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

RANDOLPH, CREGGER &
CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

[PROPOSED] ORDER ON PETITION FOR RELIEF
FROM CLAIMS STATUTE                          3
Case No. 2:13-cv-00730 JAM KJN