CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants SALVADOR ROBLES, DARRYL MEADOWS, RANDY MOYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DEAN SR., SUSANNAH HARDESTY, and AMY DEAN,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SALVADOR ROBLES; DARRYL MEADOWS; RANDY MOYA; and DOES 4-25,<br><br>　　　　　　Defendants. | Civil Action No.:  2:13-cv-00730 JAM KJN<br><br>**STIPULATION OF DISMISSAL OF THE CLAIMS OF PLAINTIFF SUSANNAH HARDESTY** |

　　　　Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that plaintiff Susannah Hardesty dismisses her claims against defendants Salvador Robles, Darryl Meadows and Randy Moya in the above-captioned action.  Each party is to bear his/her own costs and attorneys' fees.

　　　　The claims of plaintiffs Dennis Dean Sr. and Amy Dean against defendants remain.

DATE:  March 29, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Susannah Hardesty
　　　　　　　　　　　　　　　　　　　　SUSANNAH HARDESTY
　　　　　　　　　　　　　　　　　　　　Plaintiff in Pro Per

CREGGER & CHALFANT LLP
701 University Ave. #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION OF DISMISSAL OF HARDESTY CLAIMS
Case No. 2:13-cv-00730 JAM KJN                    1

| | |
|---|---|
| DATE: April 1, 2016 | GERAGOS & GERAGOS, APC |
| | /s/ David Gammill |
| | DAVID GAMMILL, SBN 258286 |
| | Attorneys for Plaintiffs DENNIS DEAN SR. and AMY DEAN |
| DATE: April 1, 2016 | KABATACK BROWN KELLNER, LLP |
| | /s/ Benjamin Hakimfar |
| | BENJAMIN HAKIMFAR, SBN 287457 |
| | Attorneys for Plaintiffs DENNIS DEAN SR. and AMY DEAN |
| DATE: April 4, 2016 | CREGGER & CHALFANT LLP |
| | /s/ Wendy Motooka |
| | WENDY MOTOOKA |
| | Attorneys for Defendants SALVADOR ROBLES, DARRYL MEADOWS, RANDY MOYA |

**ORDER**

IT IS SO ORDERED.

DATE: 4/4/2016                /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT LLP
701 University Ave. #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION OF DISMISSAL OF HARDESTY CLAIMS
Case No. 2:13-cv-00730 JAM KJN

2