GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

Mark J. Geragos, SBN 108325

**KABATECK BROWN KELLNER, LLP**
Brian S. Kabateck, SBN 152054
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs,
Dennis Dean, Sr., Susannah Hardesty,
and Amy Humphreys a.k.a. Amy Dean

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| Dennis Dean, Sr., et al. | CASE NO. 2:13-cv-00730 |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER FOR JOINT STIPULATION RE: 45 DAY CONTINUANCE TO FILE DISMISSAL DOCUMENTS** |
| Sacramento County, *et al.* | |
| Defendants. | |

The Court, having considered the Joint Stipulation submitted by the parties, hereby orders:

1. The current September 9, 2016, deadline to file the dismissal documents shall be continued for 45 days.

2. The new deadline to file dismissal documents shall be October 24, 2016.

**IT IS SO ORDERED**

DATED:   September 12, 2016

/s/ John A. Mendez_____
United States District Court Judge